**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001036
07-OCT-2014
08:03 AM**

NO. CAAP-14-0001036

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TROY TANGA, KELLEY KRAMERS, RONALD PARSONS,
JOAN PARSONS, CHARLES CARSON, LINDA CARSON, RNI-N.V., L.P.,
Petitioners-Appellants,
v.
CENTEX HOMES, a Nevada General Partnerships,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 14-1-0156)

ORDER APPROVING THE SEPTEMBER 17, 2014
STIPULATION FOR PARTIAL DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Partial Dismissal of Appeal, filed by Petitioners-Appellants Troy Tanga, Kelley Kramers, Ronald Parsons, Joan Parsons, Charles Carson, and Linda Carson (**Named Appellants**), on September 17, 2014, and the record, it appears that Named Appellants and Respondent-Appellee Centex Homes, a Nevada general partnership stipulate to dismiss Appeal No. CAAP-14-0001036 as to Named Appellants only, with the appeal by Petitioner-Appellant RNI-N.V., L.P. remaining.

IT IS HEREBY ORDERED that the Stipulation for Partial Dismissal of Appeal is approved. Appeal No. CAAP-14-0001036 is dismissed as to Named Appellants only. The parties to the Stipulation for Partial Dismissal of Appeal shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, October 7, 2014.


Chief Judge


Associate Judge


Associate Judge